# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand and fourteen.

Before:    Susan L. Carney,
                  *Circuit Judge*.

_____

  Securities and Exchange Commission,

  Plaintiff-Appellee,

                                                      **ORDER**
  v.                                                    Docket No. 11-5124

  Raj Rajaratnam,

  Defendant-Appellant.

_____

    The Appellant has filed a motion requesting that the Court continue to hold this appeal in abeyance pending the outcome of his petition for writ of *certiorari* to be filed in his related criminal appeal (2d Cir. docket no. 11-4416).

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                                      For the Court**:**

                                                                      Catherine O'Hagan Wolfe,
                                                                      Clerk of Court